UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

DEQUNNE HERRON,

       Plaintiff,             Case No. 2:25-cv-67

v.                                    Honorable Ray Kent

JASON HUBBEL,

       Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  May 13, 2025                /s/ Ray Kent
                                                    Ray Kent
                                                    United States Magistrate Judge